B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Middle District of Georgia

In re  Seira L. Wilson                     ,          Case No.   18-51473

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust
_____
Name of Transferee

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501
Phone:  800-603-0836
Last Four Digits of Acct #:      9081

Name and Address where transferee payments should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #:_____

Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer
_____
Name of Transferor

Court Claim # (if known):      19-1
Amount of Claim:      $53,702.66
Date Claim Filed:      10/12/2018

Phone:  858-750-7600
Last Four Digits of Acct. #:      0718

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile          Date:  02/04/2019
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.