**Fill in this information to identify the case:**

Debtor 1: Seira L Wilson

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Georgia

Case number: 18-51473

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust

**Court claim no.** (if known): 19-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 0 8 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2019

**New total payment:** $ 282.87
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 79.28    New escrow payment: $ 64.34

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

---

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | Seira L Wilson | | | Case number (if known) 18-51473 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jessica M Watson           Date 09/20/2019
Signature

| Print: | Jessica | M | Watson | Title | Bankruptcy Asset Manager |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company: SN Servicing Corporation

Address: 323 5th Street
Number    Street

Eureka            CA    95501
City            State    ZIP Code

Contact phone: 800-603-0836            Email: bknotices@snsc.com

SN Servicing Corporation                                        Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   September 19, 2019

SEIRA L WILSON                                              Loan:
4415 VINSON AVE                                             Property Address:
MACON GA  31206                                             4415 VINSON AVENUE
                                                            MACON, GA  31206

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Feb 2019 to Oct 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 218.53 | 218.53 |
| Escrow Payment: | 79.28 | 64.34 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $297.81 | $282.87 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 01, 2019 |
| Escrow Balance: | 27.85 |
| Anticipated Pmts to Escrow: | 79.28 |
| Anticipated Pmts from Escrow (-): | 150.00 |
| Anticipated Escrow Balance: | ($42.87) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (487.89) |
| Feb 2019 | | 297.81 | | | * Escrow Only Payment | 0.00 | (190.08) |
| Feb 2019 | | 81.78 | | | * | 0.00 | (108.30) |
| Mar 2019 | | 81.78 | | | * | 0.00 | (26.52) |
| Apr 2019 | | 81.78 | | | * | 0.00 | 55.26 |
| Apr 2019 | | | | 126.61 | * Escrow Disbursement | 0.00 | (71.35) |
| May 2019 | | 81.78 | | | * | 0.00 | 10.43 |
| May 2019 | | 88.96 | | | * Escrow Only Payment | 0.00 | 99.39 |
| May 2019 | | | | 45.07 | * Escrow Disbursement | 0.00 | 54.32 |
| May 2019 | | | | 163.93 | * Escrow Disbursement | 0.00 | (109.61) |
| Jun 2019 | | 79.28 | | | * | 0.00 | (30.33) |
| Jun 2019 | | | | 44.98 | * Escrow Disbursement | 0.00 | (75.31) |
| Jul 2019 | | 79.28 | | | * | 0.00 | 3.97 |
| Jul 2019 | | | | 44.94 | * Escrow Disbursement | 0.00 | (40.97) |
| Aug 2019 | | 79.28 | | | * | 0.00 | 38.31 |
| Aug 2019 | | | | 44.89 | * Escrow Disbursement | 0.00 | (6.58) |
| Sep 2019 | | 79.28 | | | * | 0.00 | 72.70 |
| Sep 2019 | | | | 44.85 | * Escrow Disbursement | 0.00 | 27.85 |
| | | | | | Anticipated Transactions | 0.00 | 27.85 |
| Sep 2019 | | | | 44.85 | Forced Place Insur | | (17.00) |
| Oct 2019 | | 79.28 | | 60.30 | County Tax | | 1.98 |
| Oct 2019 | | | | 44.85 | Forced Place Insur | | (42.87) |
| | $0.00 | $1,110.29 | $0.00 | $665.27 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation                                    Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: September 19, 2019

SEIRA L WILSON                                                                              Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (42.87) | 70.35 |
| Nov 2019 | 54.90 | 60.30 | County Tax | (48.27) | 64.95 |
| Nov 2019 |  | 44.85 | Forced Place Insur | (93.12) | 20.10 |
| Dec 2019 | 54.90 | 44.85 | Forced Place Insur | (83.07) | 30.15 |
| Jan 2020 | 54.90 | 44.85 | Forced Place Insur | (73.02) | 40.20 |
| Feb 2020 | 54.90 | 44.85 | Forced Place Insur | (62.97) | 50.25 |
| Mar 2020 | 54.90 | 44.85 | Forced Place Insur | (52.92) | 60.30 |
| Apr 2020 | 54.90 | 44.85 | Forced Place Insur | (42.87) | 70.35 |
| May 2020 | 54.90 | 44.85 | Forced Place Insur | (32.82) | 80.40 |
| Jun 2020 | 54.90 | 44.85 | Forced Place Insur | (22.77) | 90.45 |
| Jul 2020 | 54.90 | 44.85 | Forced Place Insur | (12.72) | 100.50 |
| Aug 2020 | 54.90 | 44.85 | Forced Place Insur | (2.67) | 110.55 |
| Sep 2020 | 54.90 | 44.85 | Forced Place Insur | 7.38 | 120.60 |
| Oct 2020 | 54.90 | 44.85 | Forced Place Insur | 17.43 | 130.65 |
| Oct 2020 |  | 60.30 | County Tax | (42.87) | 70.35 |
|  | $658.80 | $658.80 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 20.10. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 109.80 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (42.87). Your starting balance (escrow balance required) according to this analysis should be $70.35. This means you have a shortage of 113.22. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 658.80. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 54.90 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 9.44 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $64.34 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $273.43 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) via the United States Postal Service to all other interested parties at their addresses shown below.

Camille Hope, Esq.
Chapter 13 Trustee
Via Electronic Notice

Robert M. Matson, Esq.
Attorney for Debtor
Via Electronic Notice

Seira L. Wilson
4415 Vinson Avenue
Macon, GA 31206

      This 23rd day of September, 2019.

                                                  /s/ Marc E. Ripps
                                                  Marc E. Ripps
                                                  Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com